1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN S. RHINE,                      )
                                          )        No. C 08-03936 JF (PR)
12                  Plaintiff,            )
                                          )        ORDER GRANTING EXTENSION
13          vs.                           )        OF TIME TO FILE *IN FORMA*
                                          )        *PAUPERIS* APPLICATION;
14                                        )        DENYING OTHER MOTION
     WARDEN CRC, et al.,                  )
15                                        )
                    Defendants.           )
16                                        )        (Docket Nos. 4 & 5)
     _____ )
17

18          On August 18, 2008, Plaintiff filed this <u>pro se</u> civil rights action.  On that

19   same day, the clerk of the Court sent a notification to Plaintiff that his application

20   for leave to proceed <u>in forma pauperis</u> was insufficient because Plaintiff did not

21   attach a copy of his prisoner trust account statement showing transactions for the last

22   six months.  The notification included the warning that the case would be dismissed

23   if Plaintiff failed to respond within thirty days.  On September 10, 2008, Plaintiff

24   filed a request for an extension of time to file the necessary statement.  (Docket No.

25   4.)  Plaintiff also requested an "official exten[s]ion of times [sic] on summons and

26   notice of complaint for 60 days."  (Docket No. 5.)

27

28   Order Granting Extension of Time to file IFP Application
     P:\PRO-SE\SJ.JF\CR.08\Rhine03936_ifp-eot.wpd

United States District Court

For the Northern District of California

1    Good cause appearing, the Court will GRANT the request for an extension of

2    time to complete the in forma pauperis application (Docket No. 4) and extend the

3    time an additional thirty days for Plaintiff to file the necessary prisoner trust account

4    statement.  The statement must be filed with the Court **no later than October 18,**

5    **2008**.  Failure to comply with the Court's order in a timely manner will result in the

6    dismissal of the case without prejudice for failure to pay the filing fee.

7    Plaintiff's request for an extension of time regarding the summons and notice

8    of complaint (Docket No. 5) is DENIED as premature since the complaint has yet to

9    undergo an initial review.

10    This order terminates Docket Nos. 4 and 5.

12    DATED: _____9/18/08_____

13    JEREMY FOGEL
United States District Judge

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.08\Rhine03936_ifp-eot.wpd    2